UNITED STATES of America,
Plaintiff–Appellee,

v.

Mercutio STOKES, Defendant–Appellant.

No. 08–10088
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 30, 2008.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Travis Williams, Esq., Orlando, FL, for Defendant–Appellant.

Before BARKETT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Travis Williams, appointed counsel for Mercutio Stokes, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Stokes's convictions and sentences are **AF-FIRMED.**